# EXHIBIT 1

# EXHIBIT 1

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 6/30/2010 12:38:45 PM

| | |
|---|---|
| **License Type:** | CORPORATION |
| **Name:** | South Coast Partners Inc |
| **Mailing Address:** | 111 VIA PICO PLAZA<br>SAN CLEMENTE, CA 92672 |
| **License ID:** | 01517139 |
| **Expiration Date:** | 01/24/14 |
| **License Status:** | LICENSED |
| **Corporation License Issued:** | 08/31/05 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 111 VIA PICO PLAZA<br>SAN CLEMENTE, CA 92672 |
| **Licensed Officer(s):** | DESIGNATED OFFICER<br>00628261 - Expiration Date: 01/24/14<br>Hunt, Robert Walter<br><br>00633117 - Expiration Date: 08/30/13<br>Sloan, William Thomas |
| **DBA** | Keller Williams OC Coastal Realty<br>ACTIVE AS OF 08/31/2005<br><br>OC Coastal Escrow A Non Independent Broker Escrow<br>ACTIVE AS OF 02/13/2009<br><br>OC Coastal Referrals<br>ACTIVE AS OF 04/26/2010 |
| **Branches:** | NO CURRENT BRANCHES |
| **Salespersons:** | There are currently 109 Salespersons affiliated with this Broker/Corporation. |

<u>RETRIEVE SALESPERSON LIST</u>

**Comment:**                     NO DISCIPLINARY ACTION

                                 NO OTHER PUBLIC COMMENTS

                                 >>>> Public information request complete <<<<

# EXHIBIT 2

# EXHIBIT 2

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 6/28/2010 9:07:50 AM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | Hunt, Robert Walter |
| **Mailing Address:** | 5611 COSTA MARITIMA<br>SAN CLEMENTE, CA 92673 |
| **License ID:** | 00628261 |
| **Expiration Date:** | 10/07/10 |
| **License Status:** | LICENSED |
| **Broker License Issued:** | 10/08/82 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 111 VIA PICO PLAZA<br>SAN CLEMENTE, CA 92672 |
| **DBA** | Hunt And Associates<br>ACTIVE AS OF 12/21/2001 |
| **Branches:** | NO CURRENT BRANCHES |
| **Affiliated Licensed Corporation(s):** | 01517139 - Officer Expiration Date: 01/24/14<br>South Coast Partners Inc |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |

# EXHIBIT 3

# EXHIBIT 3

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 6/25/2010 8:45:30 AM

| | |
|---|---|
| **License Type:** | SALESPERSON |
| **Name:** | Nelson, Jeffrey Lee |
| **Mailing Address:** | 127 E AVENIDA SAN JUAN<br>SAN CLEMENTE, CA 92672 |
| **License ID:** | 01146194 |
| **Expiration Date:** | 05/04/12 |
| **License Status:** | LICENSED |
| **Salesperson License Issued:** | 09/22/92 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | NO FORMER NAMES |
| **Employing Broker:** | License ID: 01517139<br>South Coast Partners Inc<br>111 VIA PICO PLAZA<br>SAN CLEMENTE, CA 92672 |
| **Comment:** | NO DISCIPLINARY ACTION |

03/23/94 - CONDITIONAL LICENSE SUSPENSION. EDUCATION REQUIREMENTS NOT FILED.

11/16/94 - CONDITIONAL SUSPENSION REMOVED. EDUCATIONAL REQUIREMENTS MET.

>>>> Public information request complete <<<<

# EXHIBIT 4

# EXHIBIT 4

# Jeffrey Lee Nelson

Production Manager at Security National Mortgage Company

Orange County, California Area

|  |  |
|---|---|
| **Current** | • **Sales Manager _Retail Division at Security National Mortgage Company**<br>• **President at Taloa, Inc.** |
| **Past** | • Northwestern Regional Sales Manager at Db Home Lending LLC<br>• Northwestern Regional Sales Manager at Aames Home Loan<br>• Western Regional Vice President at NovaStar Mortgage<br><div style="text-align:right">2 more...</div> |
| **Education** | • USIU |
| **Recommended** | **3** people have recommended Jeffrey Lee |
| **Connections** | **385** connections |
| **Industry** | Financial Services |
| **Websites** | • My Website<br>• My Blog<br>• My RSS feed |

---

# Jeffrey Lee Nelson's Summary

Financial Executive with 30 years in real estate finance and development. Positions held include President, Executive Vice President, Senior Vice President, National and Regional Sales Manager for private and public companies, in the United States and Latin America. Other interests include the arts, with film projects (11 feature length film credits) as writer, producer and director, with a current project under production. Over 10,000 still photographs in print in newspapers, magazines and trade publications. Extensive travel and bilingual (English and Spanish). I am always open to new ventures and am happy to help anyone in anyway that I am able. Together we survive and flourish. Apart we perish.

**Jeffrey Lee Nelson's Specialties:**
Mortgage Banking

---

# Jeffrey Lee Nelson's Experience

## Sales Manager _Retail Division
**Security National Mortgage Company**

(Financial Services industry)

August 2008 — Present (1 year 11 months)

Founding member of division
• Recruitment and management of retail virtual loan originators throughout the western states
• We originate in 38 states through a centralized processing center with 21 operations centers in the United States for underwriting and funding support
• Mortgage banking of Conforming, FHA and Non-Conforming (Super Jumbo) products as well as brokered loans

• Please see our parent company security National for all your wholesale needs

## President
**Taloa, Inc.**
(Financial Services industry)
January 1997 — Present (13 years 6 months)

    Finance and Advisory Services
    - Distressed/Non-Performing Assets
    - Investor Relations
    - Mortgage and Real Estate
    - Acquisitions and Support Services
    - Start-Up Services

## Northwestern Regional Sales Manager
**Db Home Lending LLC**
(Public Company; 10,001 or more employees; db; Financial Services industry)
May 2005 — October 2007 (2 years 6 months)

## Northwestern Regional Sales Manager
**Aames Home Loan**
(Public Company; 1001-5000 employees; Financial Services industry)
2002 — 2005 (3 years )

    Origination and funding of mortgage assets

## Western Regional Vice President
**NovaStar Mortgage**
(Public Company; 1001-5000 employees; NFI; Financial Services industry)
1998 — 2002 (4 years )

## SVP National Sales
**First Colony Mortgage**
(Privately Held; 11-50 employees; Financial Services industry)
1996 — 1998 (2 years )

## Regional Sales Manager
**Admiral Mortgage**
(Financial Services industry)
1991 — 1998 (7 years )

# Jeffrey Lee Nelson's Education

**USIU**
BFA , Fine Arts , 1974 — 1978

# Additional Information

**Jeffrey Lee Nelson's Websites:**
    My Website

My Blog
My RSS feed

**Jeffrey Lee Nelson's Interests:**

Travel, Photography, Surfing, Skiing, Fishing (fly, deep and spear), Family, Ballet

**Jeffrey Lee Nelson's Groups:**

Link to Commodities

Mortgage Bankers Association (MBA)

Private Equity and Venture Capital Group

REO Professionals

Private Equity Investment Group

Venture Capital

DoublePositive Mortgage Professionals Community

Southern California Venture Capital Community

Real Estate Technology

Real Estate & Mortgage Pros

To Our Short Sale Success!

Bulk Real Estate Investments

Real Estate Owned / REO Professionals

Seattle Mortgage Bankers Association

Real Estate Open Networkers - eRealEstateSocial.com

NAMB National Association of Mortgage Brokers

Aames Alumni

Mortgage Default Industry

REO Professional Agents

REO

The Foreclosure Group

Mortgage Survivors Network!!

USIU Alumni

Real Estate Finance & Investment Society

Mortgage Professionals Network

Utah Real Estate Professionals

Novastar Mortgage Alumni

National Loan Modification Group

Colorado Mortgage Professionals

Distressed Asset: Buyers and Sellers

California Association Of Mortgage Brokers

Distressed Real Estate & Debt

REO-NPA Professionals

Arizona Association of Mortgage Brokers

Realty Services - (Real Estate, Property Management, Investments, Apartment Locating)

Mortgage and Real Estate Service Solutions

Coldwell Banker Previews International - Sun Valley, Idaho

Real Estate Economics

Asset Manager and REO Real Estate Agent Connect

Affordable Housing Network - Powered by IvyExec.com

Bulk REO Associated Seller's Reps

Texas Real Estate Referral Network

Distressed Asset Acquisition & Disposition Group

Hedge Fund & Private Equity Jobs & Careers - Powered by IvyExec.com

The Dirt Club Real Estate Investment

GLOBAL INVESTOR - PRIVATE EQUITY & VENTURE CAPITAL

Southwest San Clemente

Residential Real Estate Finance & Investment

Distressed Real Estate Investment

Real Estate Employment Network

# EXHIBIT 5

# EXHIBIT 5

# reviewjournal.com

 PRINT THIS

Powered by 🌀 Clickability

Apr. 30, 2010
Copyright © Las Vegas Review-Journal

## Program may level housing sale odds

### Owner-occupants will get first shot at buying foreclosures

By HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL

A pilot program from Fannie Mae could help level the playing field between cash-laden investors and owner-occupants bidding on low-priced foreclosure homes in Las Vegas, the president of a real estate organization said Thursday.

Fannie Mae is extending the "First Look" grace period in Nevada from 15 days to 30 days effective Monday. That gives buyers who plan to make the home their primary residence first shot at purchasing a foreclosure within 30 days of its listing.

Typically, these buyers are up against multiple cash offers -- anywhere from five to 20 -- on homes priced below $150,000, said Noah Herrera, president of Nevada Association of Hispanic Real Estate Professionals.

At least 50 percent of foreclosure sales in Las Vegas are cash-only transactions, he said.

"We're seeing investors come back in droves, all the real estate seminars in Las Vegas," Herrera said. "We've got literally thousands and thousands of prequalified buyers right now sitting on the sidelines. If you're the bank, what are you going to look at -- a cash offer that is very close or financed?"

The bank will almost always take the cash offer because there are no contingencies, no appraisal required and no conditions such as the pending sale of another home, he said.

All-cash, owner-occupant purchases will require certification as an addition to the Fannie Mae purchase addendum. Properties that go to contract before the end of the 30-day period and subsequently fall through will be relisted with a new 15-day marketing period.

First Look will help get more owner-occupants into Fannie Mae foreclosure homes, which make up the bulk of the market in Las Vegas, Realtor Steve Hawks said.

"This will finally give some hope to homeowners that are losing out to investors," he said. "This will greatly help the local market and stabilize the community again."

Banks are not committed to taking the first offer and have certain rules to follow as third-party loan servicers, said Jumana Bauwens, spokeswoman for Bank of America in Los Angeles.

A majority of the 14 million home loans in Bank of America's portfolio are owned by investors, dating back to when they were originated by Countrywide Mortgage, she said. Those loans were

sold on Wall Street to investment firms and pension funds.

"So when it comes to short-sale transactions, we can't just approve it up front. We have to get the investors to approve it," Bauwens said. "It's a little less complicated for foreclosures, but there's still rules to follow."

Fannie Mae Chief Executive Officer Michael Williams said the 30-day period could later be replicated across the country if it succeeds in Nevada. He estimated the potential cost of carrying the properties on the books for a longer period of time at $60 million nationwide.

"However, given the unique market conditions in Nevada, we found it to be cost-neutral to extend the grace period from 15 to 30 days across the state," Williams wrote in a letter to Sen. Harry Reid, D-Nev. Reid had requested the extension after a meeting with Herrera in Washington.

Herrera said investors have been pulling money out of their "hemorrhaging" market portfolios and directing it toward Las Vegas real estate.

"Things are starting to change," he said. "To bring sustainability into the community, we need people living in the house."

More information on the First Look initiative and Fannie Mae-owned properties can be found at www.homepath.com.

Contact reporter Hubble Smith at hsmith@reviewjournal.com or 702-383-0491.

**Find this article at:**
http://www.lvrj.com/business/program-may-level-housing-sale-odds-92488129.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 6

# EXHIBIT 6



**NEWS &
INFORMATION
NETWORK**

For the Mortgage Professional – by Jeffrey Lee Nelson SNMCDirect

- Home
- About
- Charts | Mortgage Rates and Indicies
- Charts | Economic Factors
- Charts | Housing Indicies

Tuesday May 18th 2010

Search



## Subscription Options:



## N2PQ National Average Rates

### N2PQ National Mortgage Market Rate Survey

- Week ending May 13, 2010
  Mortgage Rates at Lowest Level of the Year Short-Term Rates Fall As Well McLean, VA – Freddie Mac (NYSE:FRE) today released the results of its Primary Mortgage Market Survey® (PMMS®) in which the 30-year fixed-rate mortgage (FRM) averaged 4.93 percent with an average 0.7 point for the week ending May 13, 2010, down from last week when it averaged 5.00 percen [...]

| Freddie Mac's Primary Mortgage Market Survey® | Avg. | Fees & Points |
|---|---|---|
| 30YR FRM | 4.93 | 0.7 |
| 15YR FRM | 4.30 | 0.6 |
| 5YR ARM | 3.95 | 0.6 |
| 1YR ARM | 4.02 | 0.6 |

Copyright 2010, Freddie Mac. Averages are for conforming mortgages with 20% down.

**Mortgage Jobs**



## Program may level housing sale odds Owner-occupants will get first shot at buying foreclosures

A pilot program from Fannie Mae could help level the playing field between cash-laden investors and owner-occupants bidding on low-priced foreclosure homes in Las Vegas, the president of a real estate organization said Thursday.

Fannie Mae is extending the "First Look" grace period in Nevada from 15 days to 30 days effective Monday. That gives buyers who plan to make the home their primary residence first shot at purchasing a foreclosure within 30 days of its listing.

Typically, these buyers are up against multiple cash offers — anywhere from five to 20 — on homes priced below $150,000, said Noah Herrera, president of Nevada Association of Hispanic Real Estate Professionals.

At least 50 percent of foreclosure sales in Las Vegas are cash-only transactions, he said.

"We're seeing investors come back in droves, all the real estate seminars in Las Vegas," Herrera said. "We've got literally thousands and thousands of prequalified buyers right now sitting on the sidelines. If you're the bank, what are you going to look at — a cash offer that is very close or financed?"

The bank will almost always take the cash offer because there are no contingencies, no appraisal required and no conditions such as the pending sale of another home, he said.

All-cash, owner-occupant purchases will require certification as an addition to the Fannie Mae purchase addendum. Properties that go to contract before the end of the 30-day period and subsequently fall through will be relisted with a new 15-day marketing period.

First Look will help get more owner-occupants into Fannie Mae foreclosure homes, which make up the bulk of the market in Las Vegas, Realtor Steve Hawks said.

"This will finally give some hope to homeowners that are losing out to investors," he said. "This will greatly help the local market and stabilize the community again."

Banks are not committed to taking the first offer and have certain rules to follow as third-party loan servicers, said Jumana Bauwens, spokeswoman for Bank of America in Los Angeles.

A majority of the 14 million home loans in Bank of America's portfolio are owned by investors, dating back to when they were originated by Countrywide Mortgage, she said. Those loans were sold on Wall Street to investment firms and pension funds.

"So when it comes to short-sale transactions, we can't just approve it up front. We have to get the investors to approve it," Bauwens said. "It's a little less complicated for foreclosures, but there's still rules to follow."



Fannie Mae Chief Executive Officer Michael Williams said the 30-day period could later be replicated across the country if it succeeds in Nevada. He estimated the potential cost of carrying the properties on the books for a longer period of time at $60 million nationwide.

"However, given the unique market conditions in Nevada, we found it to be cost-neutral to extend the grace period from 15 to 30 days across the state," Williams wrote in a letter to Sen. Harry Reid, D-Nev. Reid had requested the extension after a meeting with Herrera in Washington.

Herrera said investors have been pulling money out of their "hemorrhaging" market portfolios and directing it toward Las Vegas real estate.

"Things are starting to change," he said. "To bring sustainability into the community, we need people living in the house."

More information on the First Look initiative and Fannie Mae-owned properties can be found at www.homepath.com.

Post Published: 03 May 2010
Author: Jeffrey Lee Nelson
Found in section: News

**Tags:** 3o day wait, fannie, homepath, investors

**Previous Topic:** A Painful Look at the Future of Public Debt
**Next Topic:** Market Overview

### Leave a Reply

| | Name (required) |

| | Mail (will not be published) (required) |

| | Website |

[                                        ]

[ Submit Comment ]

## Share N2PQ with your friends!

[ Share / Save ]

## N2PQ News and Information Catagories

[ Select Category ]

## Twitter Updates

- The Economy Strengthens According to Fannie Mae's Economics & Mortgage Market Analysis Group... http://goo.gl/fb/avlpY about 2 hours ago

## Meta

- Register
- Log in
- Entries RSS
- Comments RSS
- WordPress.org

## N2PQ Housing News

- Servicers Streamlining Short Sales as HAFA Nears March 23, 2010
  Servicers Streamlining Short Sales as HAFA Nears | With the Home Affordable Foreclosure Alternatives (HAFA) program kicking off in two weeks, servicers are making their final preparations for the oncoming wave of short sale requests. While boosting technology is key to the build-up, getting the right people in place could be more of a priority to handle the [...]
  *Jeffrey Lee Nelson*
- The Case for Ending the Mortgage Deduction March 23, 2010

The Case for Ending the Mortgage Deduction | Mortgages should be made less attractive. That's one lesson of the recent housing bubble and bust. As long as borrowing seems like the easy road to riches, people will do too much of it. But right now in the United States, the tax code encourages many people to take out big mortgages. That's why it's a good idea t [...]
*Jeffrey Lee Nelson*

• Fannie Requires Servicers to Offer Alternative for Failed HAMP Modifications March 22, 2010
  Fannie Requires Servicers to Offer Alternative for Failed HAMP Modifications | [...]
  *Jeffrey Lee Nelson*

• What's Left to Fix Housing Market? March 22, 2010
  v | WASHINGTON (Reuters) - The United States has thrown trillions of dollars at the slumping housing market and it still looks wobbly. The government seized the two biggest mortgage finance companies and offered as much as $8,000 in tax breaks to entice home buyers, while the Federal Reserve has bought more than $1 trillion in mortgage-related assets as a wa [...]
  *Jeffrey Lee Nelson*

• When Not to Pay Down a Mortgage March 22, 2010
  When Not to Pay Down a Mortgage | This week, the Federal Reserve reaffirmed its intention to stop buying mortgage-backed securities, signaling the likelihood that the mortgage rates you can get today are as good as they're going to be for a long while. Once the Fed stops buying, after all, rates are likely to go up. And current rates are quite good. At about [...]
  *Jeffrey Lee Nelson*

## Latest Topics

**Market »**

FNMA 4.5% 101.59 now +6 bps: 10:01...

**The Economy »**

Near-term Outlook Brightens but Downside...

**Borrowers »**

NEW YORK (CNNMoney.com) -- The number of...

**Closing Bell »**

FNMA 4.5% 101.53 -9 bps...

## Recent Comments



Neil Feris: Let the debate begin!...

•
• Register
• Log in

Powered by WordPress Copyright © 2010 N2PQ Mortgage News and Information Network All rights reserved News Magazine Theme 640 designed by antisocialmediallc.com

# EXHIBIT 7

# EXHIBIT 7

```
Type of Work:        Text

Registration Number / Date:
                     TX0007151822 / 2010-06-08

Application Title: Program may level housing sale odds.

Title:               Program may level housing sale odds.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-04-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

================================================================================